Bianco v Johnson

2026 NY Slip Op 02579

April 24, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

MAURA BIANCO, PLAINTIFF-APPELLANT,

v

JACQUELINE S. JOHNSON, DEFENDANT-RESPONDENT.

Supreme Court of the State of New York, Appellate Division, Fourth Judicial Department

Decided on April 24, 2026

394 CA 25-00711

Present: Whalen, P.J., Bannister, Montour, Nowak, And Hannah, JJ.

BRONSTER LLP, NEW YORK CITY (MELANIE S. WOLK OF COUNSEL), FOR PLAINTIFF-APPELLANT.

MANCUSO BRIGHTMAN PLLC, ROCHESTER (ERIN E. ELMOUJI OF COUNSEL), FOR DEFENDANT-RESPONDENT.

Appeal from an order of the Supreme Court, Steuben County (Jason L. Cook, J.), entered December 27, 2024. The order, inter alia, denied the motion of plaintiff for summary judgment.

[*1]

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Entered: April 24, 2026

Ann Dillon Flynn

Clerk of the Court